THE PEOPLE'S LAW FIRM, PLC
Stephen D. Benedetto (Ariz. Bar No. 022349)
Heather Hamel (Ariz. Bar No. 031734)
645 North 4th Avenue, Suite A
Phoenix, Arizona 85003
Telephone: (602) 456-1901
Facsimile: (602) 801-2834
benedetto@the-plf.com
hamel@the-plf.com

*Firm email for docketing purposes:*
admin@the-plf.com

*Attorneys for Plaintiff Katlynn Marie*

IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Katlynn Marie,<br><br>   Plaintiff,<br><br>v.<br><br>David Szapiro, et al.,<br><br>   Defendants. | Case No. CV-18-04842-PHX-DJH (DMF)<br><br>**STIPULATION TO DISMISS PLAINTIFF'S U.S.C. § 1983 CLAIMS AGAINST THE STATE OF ARIZONA AND AGAINST DEFENDANTS RYAN, MCWILLIAMS AND PATTON IN THEIR OFFICIAL CAPACITY; STIPULATION TO DISMISS PLAINTIFFS' DEMANDS FOR PROSPECTIVE INJUNCTIVE AND DECLARATORY RELIEF** |

   The parties, by and through undersigned counsel, hereby stipulate and agree that Plaintiff Katlynn Marie's Second Claim for Relief under 42 U.S.C. § 1983 and the Fourth and Fourteenth Amendments against Charles Ryan, Carson McWilliams, and Robert Patton

in their official capacities[1] and against the State of Arizona should be dismissed with prejudice. The parties also agree that Plaintiff's demands for prospective injunctive and declaratory relief should be dismissed with prejudice. Each party shall bear its own fees and costs in resolving the above issues.

DATED this 3rd day of June, 2019.

THE PEOPLE'S LAW FIRM, PLC
645 North 4th Avenue, Suite A
Phoenix, Arizona 85003

By: /s/ Stephen D. Benedetto
Stephen D. Benedetto
Heather Hamel

*Attorneys for Plaintiff Katlynn Marie*

MARK BRNOVICH
Office of the Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592

By: /s/ Michelle Lombino (w/Permission)
Michelle Lombino

*Attorneys for Defendants State of Arizona, Ryan, McWilliams and Patton*

---

[1] Plaintiff's claims against Defendants Ryan, McWilliams, and Patton in their individual capacity are not subject to this stipulation and remain part of the lawsuit.