THE PEOPLE'S LAW FIRM, PLC
Stephen D. Benedetto (Ariz. Bar No. 022349)
Heather Hamel (Ariz. Bar No. 031734)
645 North 4th Avenue, Suite A
Phoenix, Arizona 85003
Telephone: (602) 456-1901
Facsimile: (602) 801-2834
benedetto@the-plf.com
hamel@the-plf.com

*Firm email for docketing purposes:*
admin@the-plf.com

*Attorneys for Plaintiff Katlynn Marie*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Katlynn Marie,<br><br>            Plaintiff,<br><br>v.<br><br>David Szapiro, et al.,<br><br>            Defendants. | Case No. CV-18-04842-PHX-DJH (DMF)<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Katlynn Marie, through undersigned counsel, hereby notifies this Court that the parties have reached agreement to settle this case, and anticipate filing a stipulation for dismissal with prejudice within 30 days.

DATED this 20th day of November, 2020.

THE PEOPLE'S LAW FIRM, PLC
645 North 4th Avenue, Suite A
Phoenix, Arizona  85003

By: /s/ Stephen D. Benedetto
Stephen D. Benedetto
Heather Hamel

*Attorneys for Plaintiff Katlynn Marie*

**CERTIFICATE OF FILING / SERVICE**

I hereby certify that on the 20th day of November, 2020, the foregoing was electronically filed with the Clerk of the Court utilizing the CM/ECF filing system. Copies of this document have been sent to the following:

Michelle Lombino, Esq.
Arizona Attorney General's Office
2005 North Central Avenue
Phoenix, Arizona 85004

Scot Claus, Esq.
Dickinson Wright, PLLC
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004


By: /s/ Stephen D. Benedetto
    *An employee of The People's Law Firm, PLC*